```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FLEET BUSINESS CREDIT, L.L.C.,            :
                                          :
                Plaintiff,                :
                                          :  02 Cv. 3721 (BSJ)(JCF)
        v.                                :
                                          :
GLOBAL AEROSPACE UNDERWRITING             :
MANAGERS LTD., INDEMNITY INSURANCE        :
COMPANY OF NORTH AMERICA,                 :
THE MARINE INSURANCE, COMMERCIAL          :
UNION, GU INTERNATIONAL,                  :
MITSUI MARINE AND FIRE,                   :
MUNICH RE, EAGLE STAR, and TOKIO          :
MARINE AND FIRE,                          :
                                          :
                Defendants.               :
------------------------------------------X
HIGHLAND CAPITAL MANAGEMENT L.P.,         :
                                          :
                Plaintiff,                :
                                          :  02 Cv. 9360 (BSJ)(JCF)
        v.                                :
                                          :
GLOBAL AEROSPACE UNDERWRITING             :
MANAGERS LTD., INDEMNITY                  :  ORDER
INSURANCE COMPANY OF NORTH AMERICA,       :
MARINE INSURANCE, COMMERCIAL UNION,       :
and CGU INTERNATIONAL,                    :
                                          :
                Defendants.               :
------------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    The Court has received the Plaintiffs' application to file a sur-reply to Defendants' reply memorandum in support of summary judgment. That application is GRANTED. The Court will inform the parties at a later date whether oral arguments on this motion will be heard.

1

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         April 2, 2009

2