```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FLEET BUSINESS CREDIT, L.L.C.,       :
                                     :
                    Plaintiff,       :
                                     :  02 Cv. 3721 (BSJ)(JCF)
          v.                         :
                                     :
GLOBAL AEROSPACE UNDERWRITING        :
MANAGERS LTD., INDEMNITY INSURANCE   :
COMPANY OF NORTH AMERICA,            :
THE MARINE INSURANCE, COMMERCIAL     :
UNION, GU INTERNATIONAL,             :
MITSUI MARINE AND FIRE,              :
MUNICH RE, EAGLE STAR, and TOKIO     :
MARINE AND FIRE,                     :
                                     :
                    Defendants.      :
------------------------------------X
HIGHLAND CAPITAL MANAGEMENT L.P.,    :
                                     :
                    Plaintiff,       :
                                     :  02 Cv. 9360 (BSJ)(JCF)
          v.                         :
                                     :
GLOBAL AEROSPACE UNDERWRITING        :
MANAGERS LTD., INDEMNITY             :     ORDER
INSURANCE COMPANY OF NORTH AMERICA,  :
MARINE INSURANCE, COMMERCIAL UNION,  :
and CGU INTERNATIONAL,               :
                                     :
                    Defendants.      :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of Defendants' letter dated June 14, 2010. In response to Defendants' requests, the Court answers as follows:

1. The Court shall permit counsel to present opening statements and closing arguments.

2. The Court has set aside the following days for trial: June 28, 2010 through June 30, 2010; and July 6, 2010 through

1

July 9, 2010. Trial will begin June 28, 2010 at 10:00 a.m.; thereafter, trial will proceed from 9:00 a.m. to 5:00 p.m. each day.

3. Plaintiffs will advise the Court and counsel for Defendants of the order in which witnesses will be presented during Plaintiffs' case in chief and the expected duration of direct examination of each witness no later than Wednesday, June 23, 2010. Defendants shall provide the Court and counsel for Plaintiffs of the expected order and duration of defense witnesses (other than potential rebuttal witnesses) no later than Friday, June 25, 2010.

4. Plaintiffs shall advise the Court and counsel for Defendants if they intend to present any witnesses through deposition designation in lieu of live testimony by Wednesday, June 23, 2010.

5. Defendants have provided courtesy copies of demonstrative exhibits to the Court and Plaintiff's counsel. Plaintiffs are to advise Defendants and the Court of any objections they may have to any demonstrative exhibits by Wednesday, June 23, 2010.

6. Defendants may provide a Glossary of aviation terms and Chronology to the Court for reference purposes in advance of trial. Plaintiffs may also provide any reference materials they wish to submit in advance of trial.

2

7. Plaintiffs shall provide the Court and counsel for Defendants with contact information, including a physical address to which deliveries may be made, email addresses, fax and telephone numbers to which counsel for Plaintiffs will have access during the trial, as well as the earliest date on which counsel for Plaintiffs can be reached using such contact information.

If the parties have any further issues they wish to raise before the Court before trial, they shall so advise the Court in writing.

**SO ORDERED:**

　　　　　　　　　　　　　　　　　　　　　／s／ Barbara S. Jones
　　　　　　　　　　　　　　　　　　　　　BARBARA S. JONES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
　　　　 June 21, 2010